**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| AMY STRANGIS, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>J.P. MORGAN CHASE BANK, NA<br><br>Defendant. | Case No. 2:15-CV-2553<br><br>Judge Graham<br><br>Magistrate Judge Kemp |

**ORDER ON MOTION FOR LEAVE TO FILE UNDER SEAL**

Upon consideration of the Parties' Joint Motion for Leave to File Motion Under Seal filed on April 19, 2016, it is hereby ORDERED that the Motion is GRANTED and the parties have leave to file the Joint Motion for Approval of Confidential Settlement Agreement Under Seal.

Dated this 5th day of May 2016.


By:  s/ James L. Graham_____

James L. Graham

UNITED STATES DISTRICT JUDGE